UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rhonda Dionne Boettcher, et al. v. Bayer Corporation, et al.* | No. 11-cv-13370-DRH |
| *Teri Brown v. Bayer Corporation, et al.* | No. 12-cv-10569-DRH |
| *Cicely Burns v. Bayer Corporation, et al.* | No. 10-cv-20473-DRH |
| *Candice L. Cole v. Bayer Corporation, et al.* | No. 10-cv-11981-DRH |
| *Brianne Nichole Connolly v. Bayer Corporation, et al.* | No. 12-cv-11497-DRH |
| *Selena Foo, et al. v. Bayer Corporation, et al.* | No. 11-cv-13084-DRH |
| *Lisa Marie Forzano v. Bayer Corporation, et al.* | No. 11-cv-20040-DRH |
| *Brenna R. Gourlay v. Bayer Corporation, et al.* | No. 11-cv-20105-DRH |
| *Jami Graham, et al. v. Bayer Corporation, et al.* | No. 12-cv-10780-DRH |
| *Laura Griffin, et al. v. Bayer Corporation, et al.* | No. 12-cv-11052-DRH |
| *Cecilia Lissette Herrera v. Bayer Corporation, et al.* | No. 11-cv-20043-DRH |
| *Emily L. Jackson v. Bayer Corporation, et al.* | No. 11-cv-12205-DRH |
| *Mysly Jean-Julien, et al. v. Bayer Corporation, et al.* | No. 10-cv-20474-DRH |
| *Mia Bella Anne Jones, et al. v. Bayer Corporation, et al.* | No. 11-cv-13217-DRH |
| *Alicia N. Lester v. Bayer Corporation, et al.* | No. 12-cv-11345-DRH |
| *Amber Merriman v. Bayer Corporation, et al.* | No. 12-cv-11018-DRH |

| *Illissa R. Nordyk v. Bayer Corporation, et al.* | No. 11-cv-12335-DRH |
| *Cecilia H. Prokos, et al. v. Bayer Corporation, et al.* | No. 10-cv-12632-DRH |
| *Vernessa Seda, et al. v. Bayer Corporation, et al.* | No. 12-cv-10401-DRH |
| *Margaret Smith, et al. v. Bayer Corporation, et al.* | No. 13-cv-10636-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 4, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                               **JUSTINE FLANAGAN,**
                               **ACTING CLERK OF COURT**

                               BY: /s/*Caitlin Fischer*
                                     **Deputy Clerk**

**Dated:** June 6, 2014

Digitally signed by David R. Herndon
Date: 2014.06.06 10:33:38 -05'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**